UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CRAIG J. CLAEYS, as next friend of C.C., )<br>    Plaintiff, )<br>)<br>-v- )<br>)<br>AETNA LIFE INSURANCE COMPANY, )<br>UNITED PARCEL SERVICE OF AMERICA, INC., )<br>and UPS RETIRED EMPLOYEES' HEALTH )<br>CARE PLAN, )<br>    Defendants. )<br>_____) | No. 1:10-cv-105<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having granted Defendants' motion to dismiss, which this Court converted to a motion for summary judgment, and having dismissed the complaint on the basis of the contractual limitations period, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   February 27, 2013                                          /s/ Paul L. Maloney
                                                                                                     Paul L. Maloney
                                                                                                     Chief United States District Judge